**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7547**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JAVIER MALDONADO,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:10-cr-00191-JCC-3)

Submitted: March 13, 2018                 Decided: March 16, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Javier Maldonado, Appellant Pro Se. Karen Ledbetter Taylor, Assistant United States Attorney, Sean James Wright, Special Assistant United States Attorney, Dennis Michael Fitzpatrick, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Javier Maldonado appeals the district court's order denying his motion to compel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Maldonado*, No. 1:10-cr-00191-JCC-3 (E.D. Va. Sept. 21, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*